# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

DAMON W. SADLER,

        Plaintiff,

v.

                                                   Case No. 3:21-cv-883-TJC-JBT

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____

# O R D E R

    This case is before the Court on plaintiff's appeal of an administrative decision denying his claim for a period of disability, disability insurance benefits, and supplemental security income under the Social Security Act (Doc. 1). The parties filed briefs and the administrative record. Upon review of these filings, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 29) recommending that the Commissioner's decision be reversed and remanded for further proceedings. The Commissioner did not file any objections to the Report and Recommendation and the time in which to do so has now passed.

    Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge, it is

hereby

**ORDERED**:

1.     The Report and Recommendation of the Magistrate Judge (Doc. 29) is **ADOPTED** as the opinion of the Court.

2.     The decision of the Commissioner is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).   Upon remand, the Commissioner shall (a) consider the persuasiveness of the opinions of Dr. Tran in accordance with the applicable regulations, including explaining how the supportability and consistency factors apply; (b) reconsider plaintiff's RFC if appropriate; and (c) conduct any further proceedings deemed appropriate.

3.     The Clerk is directed to **enter judgment** in favor of plaintiff and against the Commissioner and **close the file**.

4.     If plaintiff ultimately prevails in this case upon remand to the Social Security Administration, any motion for attorney's fees under 42 U.S.C. § 406(b) and/or 42 U.S.C. § 1383(d)(2) must be filed within sixty days of the date on the agency's letter stating the amount of past due benefits.   See In re Admin. Orders of the C.J., No. 3:21-mc-1-TJC, Doc. 43 (M.D. Fla. Dec. 7, 2021).   This Order does not extend the time limits for filing a motion for attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of October

2022.



TIMOTHY J. CORRIGAN
United States District Judge

s.
copies:

Honorable Joel B. Toomey
United States Magistrate Judge

counsel of record

3