UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAMON SADLER,

    Plaintiff,

v.                                                        Case No.   3:21-cv-883-TJC-SJH

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____

## ORDER ON PETITION FOR ATTORNEY'S FEES

This case is before the Court on plaintiff's counsel's Petition for Attorney Fees Pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. §406(b) (Doc. 35).

Plaintiff's counsel, who obtained a sentence four remand/reversal of denial of benefits for his client in this social security appeal (see Doc. 31, Judgment reversing and remanding case to Commissioner), received an award of Equal Access to Justice Act (EAJA) fees in the amount of $7,618.25 for his work in federal court on this case (Doc. 33).  Upon remand, the Commissioner issued a decision favorable to plaintiff and awarded plaintiff past-due benefits in the amount of $78,920.00.  Pursuant to 42 U.S.C. § 406(b), the Commissioner set aside in escrow 25% of plaintiff's past due benefits award ($19,730.00) for the possible payment of attorney's fees.  See Doc. 35, Exhibit

1. Counsel represents that his fee agreement with plaintiff provides for counsel to recover 25% of any past due social security disability benefits awarded to plaintiff, minus any fees previously awarded under EAJA. See Doc. 35 at ¶ 10. Counsel agrees to deduct the $7,618.25 EAJA fee from the §§ 206(b)/406(b) award and return it to plaintiff. The Commissioner did not file any response so the motion is deemed to be unopposed. In light of the parties' fee agreement, the time spent, and the results achieved, the Court finds counsel's requested fee is reasonable.

Accordingly, it is hereby

**ORDERED:**

Plaintiff's counsel's Petition for Attorney Fee Pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. §406(b) (Doc. 35) is **GRANTED**. **The Commissioner shall now pay plaintiff's counsel Gerald W. Pryor the sum of $19,730.00 from the past-due benefits being held in escrow.** The Clerk shall enter Judgment accordingly. This file remains closed.

**DONE AND ORDERED** in Jacksonville, Florida the 13th day of November, 2024.



TIMOTHY J. CORRIGAN
Senior United States District Judge

s.Copies to:
Counsel of record